IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

SUNIL THAKRAN,                          §
                                        §
        Plaintiff,                      §
                                        §
v.                                      §            1:23-CV-1505-RP
                                        §
TEXAS COMPTROLLER OF PUBLIC             §
ACCOUNTS,                               §
                                        §
        Defendant.                      §

## FINAL JUDGMENT

On this date, the Court entered an order dismissing Plaintiff's claims without prejudice for want of prosecution and failure to comply with court orders.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on July 8, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE